IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH JOHN TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-565-WKW |
| | ) [WO] |
| NANCY COLLIER, CHARLOTTE GRIFFITH, and JOY BOOTH, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 4) to which Plaintiff has filed objections (Doc. # 5). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), the court finds that the objections lack merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objections (Doc. # 5) are OVERRULED.

(2) The Recommendation (Doc. # 4) is ADOPTED.

(3) Plaintiff's claims against Defendants Joy Booth and Charlotte Griffith are DISMISSED with prejudice.

(4) Plaintiff's claims against Defendant Nancy Collier are DISMISSED without prejudice.

2

(5)    This action is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i–iii).

DONE this 3rd day of January, 2023.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE